# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BILAL ALBITAR, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | NO. CIV-18-1146-HE |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Bilal Albitar sought judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for supplemental security income benefits. Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C), the case was referred to Magistrate Judge Gary M. Purcell for initial proceedings. Judge Purcell has issued a Report and Recommendation recommending that the Commissioner's decision be affirmed.

The parties, having failed to object to the Report, waived their right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 19]. The Commissioner's decision is **AFFIRMED.**

**IT IS SO ORDERED**.

Dated this 3rd day of September, 2019.

                                        JOE HEATON
                                        UNITED STATES DISTRICT JUDGE